**Charles Ivo ROSE, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 25, 1974.

Rehearing Denied Jan. 24, 1975.

Anthony M. Wilhoit, Public Defender, J. Vincent Aprile II, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., James M. Ringo, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**. Paul G. TOBIN**

v.

**S. Rush NICHOLSON, Judge, Jefferson Circuit Court.**

Court of Appeals of Kentucky.

Nov. 27, 1974.

Terrence R. Fitzgerald, Deputy Public Defender, Louisville, Anthony Wilhoit, Public Defender, Paul F. Isaacs, Asst. Public Defender, Frankfort, for petitioner.

Edwin A. Schroering, Jr., Commonwealth's Atty., E. C. Hume, Asst. Atty., Louisville, Ed Hancock, Atty. Gen., Martin Glazer, Deputy Atty. Gen., Frankfort, for respondent.

PER CURIAM, Denying Prohibition.*

* Opinion ordered not to be published.